UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA MARTINSON,

      Plaintiff,

v.

      Case No. 09-13552
      United States District Judge Paul D. Borman
      Magistrate Judge Mark A. Randon

REGENTS OF THE UNIVERSITY OF
MICHIGAN, CAROL LOVELAND-
CHERRY, JUDITH LYNCH-SAUER,
and BONNIE HAGERTY,

      Defendants.

_____/

## NOTICE TO APPEAR

At a hearing held on April 28, 2010, the Court ordered Plaintiff to appear on May 24, 2010 at 3:30 p.m. with her newly-retained counsel to state on the record counsel's appearance in this matter and his intent to represent Plaintiff throughout the course of these proceedings.

IT IS SO ORDERED.

      s/Paul D. Borman
      PAUL D. BORMAN
      UNITED STATES DISTRICT JUDGE

Dated: April 30, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 30, 2010.

                                              s/Denise Goodine
                                              Case Manager